UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY JO TODD,<br><br>    Plaintiff,<br><br>v.<br><br>COURT OF EQUITY/COMMON LAW,<br><br>    Defendant. | No. 2:19-cv-1943 JAM AC (PS)<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 17, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 4. Plaintiff has filed objections to the findings and recommendations. ECF No. 5.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed October 17, 2019, are adopted in full; and

    2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

    3. The complaint (ECF No. 1) is DISMISSED with prejudice because it fails to state a

1

claim upon which relief can be granted and because it brings claims against immune defendants.

    4.  Plaintiff's "Motion for Relief" ECF No. 3) is DENIED as MOOT.

DATED:

DATED:  November 14, 2019

                                               /s/ John A. Mendez

                                               UNITED STATES DISTRICT COURT JUDGE